IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ALFREDO CESPEDES,**
      **Petitioner,**

vs.                                    Case No. 5:07cv72/RS/MD

**DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT,**
      **Respondent.**

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Petitioner initiated this action on March 30, 2007 by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 (doc. 1). On April 13, 2007 the court entered an order (doc. 4) directing petitioner to file an amended petition, along with the required service copies, and to either pay the $5.00 filing fee or submit a computer printout of transactions in his inmate trust account, all within thirty (30) days. Petitioner filed an amended petition and service copies; however, he failed to submit the filing fee or a computer printout (doc. 5).

Therefore, on May 23, 2007 the court entered an order (doc. 6) directing petitioner to show cause, within twenty (20) days, why this case should not be dismissed for failure to prosecute and failure to comply with an order of the court. To date, there has been no response from petitioner.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 6th day of July, 2007.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).