IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALFREDO CESPEDES,

    Petitioner,

vs.                                    CASE NO. 5:07cv72/RS

DEPARTMENT OF HOMELAND
SECURITY AND CUSTOMS ENFORCEMENT,

    Respondents.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 7). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice because of Petitioner's failure to comply with an order of the court.

3. The clerk is directed to close the file.

ORDERED on August 8, 2007.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**